MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

MICHAEL MAFFEI (CABN 240978)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7246
    Fax: (415) 436-7207
    Email:  Michael.Maffei@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. CR 15-00057-RS |
| ) | |
| v. ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM OTHERWISE APPLICABLE SPEEDY TRIAL ACT CALCULATION |
| PETER AMAYA, ) | |
| ) | |
| Defendant. ) | |

## **STIPULATION**

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. The parties appeared before the Court on April 14, 2015 at 2:30 p.m. for a status hearing. The defendant, Peter Amaya, was present and represented by Mr. Geoffrey Hansen of the Federal Public Defenders Office.  Assistant United States Attorney Ben Kingsley appeared for the Government.  The parties agreed to stipulate to a continuance of the matter, with time excluded for effective preparation of counsel, to allow defense counsel to review the discovery provided by the Government.

2. Accordingly, with the parties' agreement as to the new date, the Court scheduled another status hearing for April 28, 2015 at 2:30 p.m., with the understanding that the parties would submit a Stipulation and Proposed Order excluding time.

3. The parties now formalize their request for a continuance of this matter to April 28, 2015

STIP. AND ORDER EXCLUDING TIME    1
CR 15-0057 RS

at 2:30 p.m. for a further status conference, and respectfully submit and agree that the period from April 14, 2015 through and including April 28, 2015 should be excluded from the otherwise applicable Speedy Trial Act computation because the continuance is necessary for effective preparation of counsel, taking into account the exercise of due diligence.  Specifically, the time requested for exclusion will allow defense counsel to review the discovery provided by the Government.

     IT IS SO STIPULATED.

DATED:  April 15, 2015

MELINDA HAAG
United States Attorney

/s/
MICHAEL MAFFEI
Assistant United States Attorney

DATED:  April 15, 2015

/s/
GEOFFREY HANSEN
Counsel for Defendant

## [PROPOSED] ORDER

     Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice served by granting a continuance from April 14, 2015 through and including April 28, 2015 outweigh the best interest of the public and the defendant in a speedy trial, and that failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     Accordingly, THE COURT ORDERS THAT:

1.     The parties shall appear before the Court on April 28, 2015 at 2:30 p.m. for a further status conference.

//

2.   The period from April 14, 2015 through and including April 28, 2015 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: 4/20/15

HON. RICHARD SEEBORG
United States District Judge