1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division

4  MICHAEL MAFFEI (CABN 240978)
   Assistant United States Attorney

5

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7246

7      Fax: (415) 436-7207
       Email:  Michael.Maffei@usdoj.gov

8

9  Attorneys for United States of America

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA            )   CASE NO. CR 15-00057-RS
                                        )
14      v.                              )   STIPULATION AND [PROPOSED] ORDER
                                        )   EXCLUDING TIME FROM OTHERWISE
15  PETER AMAYA,                        )   APPLICABLE SPEEDY TRIAL ACT
                                        )   CALCULATION
16          Defendant.                  )
                                        )
17  _____ )

18                          **STIPULATION**

19      IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

20      1.      The parties were originally scheduled to appear before the Court on May 12, 2015 at 2:30

21  p.m. for a status hearing or change of plea.  Due to a scheduling conflict, the Court requested that the

22  parties confer about a new date in this matter.

23      2.      Accordingly, the parties discussed rescheduling this matter to May 19, 2015 at 2:30 p.m.,

24  with the understanding that the parties would submit a Stipulation and Proposed Order excluding time.

25      3.      The parties now formalize their request for a continuance of this matter to May 19, 2015

26  at 2:30 p.m. for a further status conference, and respectfully submit and agree that the period from May

27  12, 2015 through and including May 19, 2015 should be excluded from the otherwise applicable Speedy

28  Trial Act computation because the continuance is necessary for effective preparation of counsel, taking

STIP. AND ORDER EXCLUDING TIME          1
CR 15-0057 RS

1    into account the exercise of due diligence.  Specifically, the time requested for exclusion will allow

2    defense counsel to review the discovery provided by the Government, which includes the certified copy

3    of the computer automated dispatch (CAD) printout from this case.

4            IT IS SO STIPULATED.

5

6    DATED:  May 11, 2015                                 MELINDA HAAG
                                                          United States Attorney

7

8                                                     _____          /s/
                                                          MICHAEL MAFFEI
9                                                         Assistant United States Attorney

10

11   DATED:  May 11, 2015

12

13                                                    /s/_____
                                                          GEOFFREY HANSEN
14                                                        Counsel for Defendant

15

16                                 **[PROPOSED] ORDER**

17           Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice

18   served by granting a continuance from May 12, 2015 through and including May 19, 2015 outweigh the

19   best interest of the public and the defendant in a speedy trial, and that failure to grant such a continuance

20   would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking

21   into account the exercise of due diligence.

22           Accordingly, THE COURT ORDERS THAT:

23           1.      The parties shall appear before the Court on May 19, 2015 at 2:30 p.m. for a further

24   status conference.

25   //

26   //

27   //

28

STIP. AND ORDER EXCLUDING TIME            2
CR 15-0057 RS

1    2.      The period from May 12, 2015 through and including May 19, 2015 is excluded from the

2  otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3        IT IS SO ORDERED.

4

5  DATED: 5/13/15

HON. RICHARD SEEBORG
6                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND ORDER EXCLUDING TIME          3
CR 15-0057 RS