BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

MICHAEL MAFFEI (CABN 240978)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7246
    Fax: (415) 436-7207
    Email: Michael.Maffei@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 15-00057-RS |
|---|---|---|
| v. | ) ) | STIPULATION AND [~~PROPOSED~~] ORDER TO FORFEIT THE FIREARM AND AMMUNITION SEIZED FROM THE DEFENDANT |
| PETER AMAYA, | ) ) | |
| Defendant. | ) ) | |

**STIPULATION**

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. The parties appeared before the Court on October 20, 2015 at 2:30 p.m. for sentencing. The defendant, Peter Amaya, was present and out of custody and represented by Mr. Geoffrey Hansen of the Federal Public Defenders Office. Assistant United States Attorney Michael Maffei appeared for the Government. After hearing arguments from both sides, the Court sentenced the defendant to 12 months and a day in custody, to be followed by a period of 3 years of supervised release, and a $100 mandatory special assessment. The Court did not impose a fine.

2. One term of the plea agreement in this case (ECF No. 38), was that the defendant agreed to forfeit the following items:

    A.    One (1) Industria Nacional de Armas .38 SPL caliber revolver, Serial No. 029182;

B.  four (4) .38 caliber rounds marked "Winchester 38 SPL."

The Court did not order a forfeiture of the firearm and ammunition as a condition of sentencing in this case.

3. Although not mentioned by the Court during sentencing, the parties now formalize their request for an additional term of sentencing to be imposed in this case. The defendant, pursuant to his plea agreement, shall forfeit the firearm and ammunition, specifically,

A.  One (1) Industria Nacional de Armas .38 SPL caliber revolver, Serial No. 029182;

B.  four (4) .38 caliber rounds marked "Winchester 38 SPL."

IT IS SO STIPULATED.

DATED: October 21, 2015   BRIAN J. STRETCH
Acting United States Attorney

/s/
MICHAEL MAFFEI
Assistant United States Attorney

DATED: October 21, 2015

/s/
GEOFFREY HANSEN
Counsel for Defendant

## [~~PROPOSED~~] ORDER

Based upon the above-described Stipulation, THE COURT FINDS THAT although not mentioned on the record during the sentencing proceeding, the defendant shall be bound by all the terms of the plea agreement, including the term that specified that the defendant shall forfeit the firearm and ammunition that led to his conviction for a violation of 18 U.S.C. § 922(g)(1).

Accordingly, THE COURT ORDERS THAT:

1. In addition to the sentence stated on the record, the defendant shall forfeit the following:

A.  One (1) Industria Nacional de Armas .38 SPL caliber revolver, Serial No. 029182;

          B.     four (4) .38 caliber rounds marked "Winchester 38 SPL."

2.    The Judgment in this case shall reflect the forfeiture, in addition to the terms stated on the record.

IT IS SO ORDERED.

DATED: 10/21/15

*[signature]*

HON. RICHARD SEEBORG
United States District Judge

STIP. AND ORDER TO FORFEIT       3
CR 15-0057 RS